**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, | ) | Case No. 26-90737 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-5543506 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| 8201 ASSOCIATES, LLC, | ) | Case No. 26-90721 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 52-1978513 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| K&L BEVERAGE COMPANY, LLC, | ) | Case No. 26-90723 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 91-1953326 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY OF NORTH DAKOTA, INC., | ) | Case No. 26-90726 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-0259881 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC,[1] | ) | Case No. 26-90728 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-8742924 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY MICHIGAN HOLDINGS, LLC, | ) | Case No. 26-90725 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RNDC ALASKA, LLC, | ) | Case No. 26-90730 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 87-2296120 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RNDC ARKANSAS, LLC, | ) | Case No. 26-90733 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 92-2460840 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RNDC INDIANA HOLDINGS, LLC, | ) | Case No. 26-90734 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

---

[1] This entity has the same name as the lead debtor.  For the avoidance of doubt, the lead debtor is incorporated in Delaware, and this entity is incorporated in Nebraska.

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RNDC NEW HAMPSHIRE, LLC, | ) | Case No. 26-90722 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 92-0784586 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RNDC RECEIVABLES, LLC, | ) | Case No. 26-90724 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-1853394 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RNDC SHARED SERVICES, LLC, | ) | Case No. 26-90727 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 87-3163652 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| RNDC TEXAS, LLC, | ) | Case No. 26-90720 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-5770986 | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| WSJV HOLDINGS, INC., | ) | |
| | ) | Case No. 26-90729 (CML) |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 93-4165011 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YOUNG'S MARKET COMPANY OF ARIZONA, LLC, | ) | Case No. 26-90731 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-2501820 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| YOUNG'S MARKET COMPANY OF OREGON, LLC, | ) | Case No. 26-90732 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 93-1331321 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| YOUNG'S MARKET COMPANY OF WASHINGTON, LLC, | ) | Case No. 26-90735 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 93-1331321 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| YOUNG'S MARKET COMPANY, LLC, | ) | Case No. 26-90736 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 33-0780329 | ) | |

4

## ORDER (I) DIRECTING JOINT ADMINISTRATION
## OF THE DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

[Relates to Docket No. [___]]

Upon the emergency motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"):  (a) directing the procedural consolidation and joint administration of these chapter 11 cases and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Order of Reference to Bankruptcy Judges* from the United States District Court for the Southern District of Texas, entered May 24, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter this final Order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** on a final basis as set forth herein.

---

[1]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2.      Any objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3.      The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under the case of Republic National Distributing Company, LLC, Case No. 26-90737 (CML).  All of the jointly administered cases are assigned to Judge Lopez.

4.      Additionally, the following checked items are ordered:

a.      ☒   One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

b.      ☒   Parties may request joint hearings on matters pending in any of the jointly administered cases.

c.      ☒   Other:  See below.

5.      To the extent that the Motion and this Order do not comply with the requirements of Bankruptcy Local Rule 1015-1, the requirements of Bankruptcy Local Rule 1015-1 are hereby waived.

6.      The caption of the jointly administered cases will read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, | ) | Case No. 26-90737 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/RNDC.  The location of Debtor Republic National Distributing Company, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 4300 Wildwood Parkway, Suite 200, Atlanta, GA 30339.

7.     All pleadings and other papers filed in these chapter 11 cases shall bear the foregoing consolidated caption.

8.     The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

9.     The foregoing caption satisfies the requirements set forth in Bankruptcy Rules 1005 and 2002(o).

10.    A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors, other than Republic National Distributing Company, LLC, to reflect the procedural consolidation and joint administration of these chapter 11 cases:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the Bankruptcy Local Rules for the Southern District of Texas directing joint administration of the chapter 11 cases of: Republic National Distributing Company, LLC, Case No. 26-90737 (CML); 8201 Associates, LLC, Case No. 26-90721 (CML); K&L Beverage Company, LLC, Case No. 26-90723 (CML); Republic National Distributing Company of North Dakota, Inc., Case No. 26-90726 (CML); Republic National Distributing Company, LLC, Case No. 26-90728 (CML); Republic National Distributing Company Michigan Holdings, LLC, Case No. 26-90725 (CML); RNDC Alaska, LLC, Case No. 26-90730 (CML); RNDC Arkansas, LLC, Case No. 26-90733 (CML); RNDC Indiana Holdings, LLC, Case No. 26-90734 (CML); RNDC New Hampshire, LLC, Case No. 26-90722 (CML); RNDC Receivables, LLC, Case No. 26-90724 (CML); RNDC Shared Services, LLC, Case No. 26-90727 (CML); RNDC Texas, LLC, Case No. 26-90720 (CML); WSJV Holdings, Inc., Case No. 26-90729 (CML); Young's Market Company of Arizona, LLC, Case No. 26-90731 (CML); Young's Market Company of Oregon, LLC, Case No. 26-90732 (CML); Young's Market Company of Washington, LLC, Case No. 26-90735 (CML); Young's Market Company, LLC, Case No. 26-90736 (CML). **All further pleadings and other papers shall be filed, and all further docket entries shall be made, in Case No. 26-90737 (CML).**

11. The Debtors shall maintain, and the Clerk of this Court shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

12. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the Debtors' rights to seek entry of an order substantively consolidating their respective cases.

13. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules, the Bankruptcy Local Rules, and the Complex Case Procedures are satisfied by such notice.

14. Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

15. Notwithstanding any Bankruptcy Rule or Bankruptcy Local Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

16. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

17. This Court retains exclusive jurisdiction with respect to all matters arising from, or related to, the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: _____, 2026

_____
HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE