**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, *et al.*,[1] | ) ) ) | Case No. 26-90737 (CML) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**DEBTORS' WITNESS AND EXHIBIT LIST
FOR FIRST DAY HEARING ON JULY 27, 2026**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

this witness and exhibit list for the *virtual hearing* to be held on **July 27, 2026 at 2:00 p.m.**

**(prevailing Central Time)** (the "Hearing") before the Honorable Christopher M. Lopez, United

States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas,

Courtroom 402, 515 Rusk Avenue, Houston, Texas 77002 as follows:

**WITNESSES**

The Debtors may call any of the following witnesses at the Hearing, whether in person or

by proffer:

1.  John R. Castellano, Chief Restructuring Officer, Republic National Distributing Company, LLC and its Debtor Affiliates;

2.  Christian Tempke, Managing Director, Lazard;

3.  Paul H. Deutch, Executive Vice President, Omni Agent Solutions, Inc.

4.  Any witnesses listed or called by any other party;

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/RNDC.  The location of Debtor Republic National Distributing Company, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 4300 Wildwood Parkway, Suite 200, Atlanta, GA 30339.

5. Any witnesses necessary to establish that notice of hearing has been provided; and

6. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | *Declaration of John R. Castellano, Chief Restructuring Officer of Republic National Distributing Company, LLC and its Debtor Affiliates, in Support of the Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 18] | | | | |
| 2. | Organizational Structure Chart | | | | |
| 3. | *Declaration of John R. Castellano in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 20] | | | | |
| 4. | *Declaration of Christian Tempke in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 21] | | | | |
| 5. | Form of DIP Credit Agreement [Docket No. 19-1, Exhibit 1] | | | | |
| 6. | DIP Budget [Docket No. 19-1, Exhibit 2] | | | | |

2

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 7. | List of Insurance Policies [Docket No. 5-1, Exhibit A] | | | | |
| 8. | List of Surety Bonds [Docket No. 5-1, Exhibit B] | | | | |
| 9. | List of Letters of Credit [Docket No. 5-1, Exhibit C] | | | | |
| 10. | List of Taxing Authorities [Docket No. 6-1, Exhibit A] | | | | |
| 11. | Cash Management System Schematic [Docket No. 16-1, Exhibit A] | | | | |
| 12. | List of Debtor Bank Accounts [Docket No. 16-2, Exhibit B] | | | | |
| 13. | List of Utility Providers [Docket No. 9-1, Exhibit 1] | | | | |
| 14. | Omni Agent Solutions, Inc. Engagement Letter [Docket No. 4-1, Exhibit A] | | | | |
| 15. | *Declaration of Paul H. Deutch in Support of the Debtors' Emergency Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Omni Agent Solutions, Inc. as Claims, Noticing, and Solicitation Agent* [Docket No. 4-2, Exhibit B] | | | | |
| 16. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| 17. | Any exhibit introduced by any other party | | | | |
| 18. | Rebuttal or impeachment exhibits as necessary | | | | |

## <u>RESERVATION OF RIGHTS</u>

The Debtors reserve their right to amend, supplement, or remove any witnesses and/or exhibits prior to the Hearing. The Debtors reserve the right to cross-examine any witness called by

any other party. The Debtors also reserve the right to use any exhibits presented by any other party

and to ask the Court to take judicial notice of any document.

*[Remainder of page intentionally left blank]*

Houston, Texas
Dated: July 27, 2026

*/s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Joanna D. Caytas (TX Bar No. 24127230)
John ("Jack") Eiband (TX Bar No. 24135185)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone:      (713) 226-6000
Facsimile:      (713) 228-1331
Email:          jhiggins@porterhedges.com
                sjohnson@porterhedges.com
                myoung-john@porterhedges.com
                jcaytas@porterhedges.com
                jeiband@porterhedges.com


*Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Christopher Marcus, P.C. (*pro hac vice* pending)
Maddison Levine (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          joshua.sussberg@kirkland.com
                cmarcus@kirkland.com
                maddison.levine@kirkland.com


*Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on July 27, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas. Additionally, the foregoing document will be served as set forth in a forthcoming affidavit filed by the Debtors' proposed claims and noticing agent.

_/s/ John F. Higgins_
John F. Higgins

6