**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, *et al.*,[1] | Case No. 26-90737 (CML) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on August 31, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the methods set forth on the Master Service List attached hereto as **Exhibit A:**

- **Notice of Adjournment of Hearing to Approve Conditional Disclosure Statement Motion [Docket No. 267]**
- **Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Authorizing the Use of Cash Collateral, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 275]**
- **Notice of Sale**

Dated: September 2, 2026

Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 2nd day of September, 20 26, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

ASHLEY PACAJOJ
Notary Public - California
Los Angeles County
Commission # 2529269
My Comm. Expires Aug 7, 2029

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/RNDC. The location of Debtor Republic National Distributing Company, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 4300 Wildwood Parkway, Suite 200, Atlanta, GA 30339.

# EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Truist Equipment Finance Corp. | Adams and Reese LLP | Attn: Scott R Cheatham<br>701 Poydras St, Ste 4500<br>New Orleans, LA 70139 | scott.cheatham@arlaw.com | Email |
| *Counsel for Proximo Spirits, Inc (Official Committee of Unsecured Creditors Member) | Akerman LLP | Attn: Lucian Murley<br>222 Delaware Ave, Ste 1710<br>Wilmington, DE 19801 | Luke.murley@akerman.com | Email |
| Top 30 Largest | Anheuser-Busch Inc | Attn: Chris Merola, Sr Dir, Wholesaler M&A<br>1 Busch Pl<br>St Louis, MO 63118 | christopher.merola@anheuser-busch.com | Email |
| *NOA - Counsel for Creditor | Anthony & Partners, PLLC | Attn: Stephenie Biernacki Anthony<br>100 S Ashley Dr, Ste 1600<br>Tampa, FL 33602 | santhony@anthonyandpartners.com | Email |
| Governmental Authority | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| *Counsel for Pernod Ricard USA, LLC (Official Committee of Unsecured Creditors Member) | Balasiano & Associates, PLLC | Attn: Steven Balasiano<br>MHR Advisory Group<br>6701 Bay Pkwy, Ste 3<br>Brooklyn, NY 11204 | steven@balasianolaw.com | Email |
| Bank Lenders | Bank of America, N.A. | 100 N Tryon St<br>Charlotte, NC 28255 | | First Class Mail |
| *NOA - Counsel for Park Street Imports LLC | Bast Amron LLP | Attn: Dana R Quick<br>1 SE 3rd Ave, Ste 2410<br>Miami, FL 33131 | dquick@bastamron.com | Email |
| *Counsel for Park Street Imports LLC (Official Committee of Unsecured Creditors Member) | Bast Amron LLP | Attn: Jeffrey Bast<br>1 SE 3rd Ave, Ste 2410<br>Miami, FL 33131 | jbast@bastamron.com | Email |
| Top 30 Largest | Bogle Vineyards Inc | Attn: Warren Bogle, Owner/President<br>700 Hanna Dr, Ste B<br>American Canyon, CA 94503-9681 | warren@boglewinery.com | Email |
| NOA | Bottlist Highland Park, Inc | Attn: Peter Jarjour<br>12194 Ventura Blvd<br>Studio City, CA 91604 | info@flaskfinewines.com | Email |
| *NOA - Counsel for Alaskan Brewing Co | Buchalter LLP | Attn: Dakota Pearce<br>600 University St, Ste 3100<br>Seattle, WA 98101 | dpearce@buchalter.com | Email |
| *NOA - Counsel for Creditor | Cain & Skarnulis PLLC | Attn: Ryan E Chapple<br>303 Colorado St, Ste 2850<br>Austin, TX 78701 | rchapple@cstrial.com | Email |
| Bank Lenders | City National Bank, a National Banking Association | 555 S Flower St, 16th Fl<br>Los Angeles, CA 90071 | | First Class Mail |
| Bank Lenders | CoBank, ACB | P.O. Box 5110<br>Denver, CO 80217 | | First Class Mail |
| *NOA - Counsel for Databank IMX LLC | Cole Scholtz PC | Attn: Daniel FX Geoghan<br>901 Main St, Ste 4120<br>Dallas, TX 75202 | dgeoghan@coleschotz.com | Email |
| *NOA - Counsel for Databank IMX LLC | Cole Scholtz PC | Attn: Ryan T Jareck/Benjamin M Fischer<br>Count Plaza North<br>25 Main St<br>Hackensack, NJ 07601 | rjareck@coleschotz.com;<br>bfischer@coleschotz.com | Email |
| Bank Lenders | Compeer Financial, PCA | 1665 Utica Ave S, Ste 400<br>Minneapolis, MN 55416 | | First Class Mail |
| Bank Lenders | Cooperative Rabobank U.A., New York Branch | Croeselaan 18<br>3521 CB Utrecht<br>Netherlands | | First Class Mail |
| *NOA - Counsel for Glesby Marks, Ltd | Crady Jewett McCulley & Houren LLP | Attn: Shelley B Marmon/Megan R Fawcett<br>Attn: John D Herrmann<br>2727 Allen Pkwy, Ste 1700<br>Houston, TX 77019 | smarmon@cjmhlaw.com;<br>mfawcett@cjmhlaw.com;<br>jherrmann@cjmhlaw.com | Email |
| Top 30 Largest | Crimson Wine Group | Attn: Jennifer Locke, CEO<br>2017 S University<br>Denver, CO 80210 | jen.locke@crimsonwinegroup.com | Email |
| Equipment Loan Lenders | Daimler | P.O. Box 901<br>Roanoke, TX 76262 | | First Class Mail |
| Top 30 Largest | Delicato Family Wines | Attn: Chris Indelicato, President/CEO<br>600 Spreckels Ave<br>Manteca, CA 95336-6001 | chris.indelicato@delicato.com | Email |
| Official Committee of Unsecured Creditors | Delicato Vineyards, LLC | Attn: Spencer J Davidson, Associate GC<br>12001 CA Hwy 99<br>Manteca, CA 95336 | | First Class Mail |
| *NOA - Counsel for USLP Tracy IV, LP | DLA Piper LLP (US) | Attn: Eric D Goldberg<br>2000 Ave of the Stars<br>Ste 400 N Twr<br>Los Angeles, CA 90067-4704 | eric.goldberg@us.dlapiper.com | Email |
| *NOA - Counsel for USLP Tracy IV, LP | DLA Piper LLP (US) | Attn: James P Muenker<br>1900 N Pearl St, Ste 2200<br>Dallas, TX 75201 | james.muenker@us.dlapiper.com | Email |
| *NOA - Counsel to Anheuser Busch, LLC | Dowd Bennett LLP | Attn: Ben A Barnes<br>2100 Ross Ave, Ste 980<br>Dallas, TX 75201 | bbarnes@dowdbennett.com | Email |
| Top 30 Largest | E J Gallo | Attn: Ernest Gallo, President & CEO<br>600 Yosemite Blvd<br>Modesto, CA 95354 | ernest.gallo@ejgallo.com | Email |
| Top 30 Largest | Edrington | Attn: Mike Kastin, VP Commercial<br>150 5th Ave, 11th Fl<br>New York, NY 10011-4347 | michael.kastin@edrington.com | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Top 30 Largest | Empower Annuity Ins Co of America, as | Plan Admin of Certain Deferred Compensation Plans<br>Attn: Dana Persky, Sr Client Svc Mgr - DB/NQ<br>Attn: Edward Homer, Managing Dir<br>8515 E Orchard Rd<br>Greenwood Village, CO 80111 | dana.persky@empower.com;<br>edward.homer@empower.com | Email |
| Bank Lenders | Fifth Third Bank, National Association | 38 Fountain Square Plz, 26th Fl, MD 1090TE<br>Cincinnati, OH 45263 | | First Class Mail |
| Top 30 Largest | First American Commercial Bancorp, Inc | Attn: Michael Clune, SVP, Dir of Capital Markets<br>211 High Point Dr<br>Victor, NY 14564 | michael.clune@faef.com | Email |
| Bank Lenders | First Hawaiian Bank | 999 Bishop St, 29th Fl<br>Honolulu, HI 96813 | | First Class Mail |
| *Counsel for Delicato Vineyards, LLC (Official Committee of Unsecured Creditors Member) | Fox Rothschild | Attn: Michael Sweet<br>345 California St, Ste 2200<br>San Francisco, CA 94104 | MSweet@foxrothschild.com | Email |
| Top 30 Largest | Frederick Wildman & Sons | Attn: Matt Munn, President, CEO<br>111 Broadway, Ste 1102<br>New York, NY 10006 | m.munn@frederickwildman.com | Email |
| Bank Lenders | Frost Bank | 100 W Houston St<br>San Antonio, TX 78205 | | First Class Mail |
| Bank Lenders | Hancock Whitney Bank | 701 Poydras St, Ste 3300<br>New Orleans, LA 70139 | | First Class Mail |
| Top 30 Largest | Infinium Spirits Inc | Attn: Jan Tharp, President<br>510 Market St, Ste 301<br>San Diego, CA 92101 | jantharp@infiniumspirits.com | Email |
| Top 30 Largest | Informatica LLC | Attn: Kimberly Knight, Subscription Acct Mgr<br>P.O. Box 49085<br>San Jose, CA 95161-9085 | kiknight@informatica.com | Email |
| IRS | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| Top 30 Largest | J Lohr | Attn: Jerry Lohr, Owner<br>1000 Lenzen Ave<br>San Jose, CA 95126 | jlohr@jlohr.com | Email |
| Official Committee of Unsecured Creditors | J Lohr Vineyards & Wines | Attn: Steve Lohr, President & CEO<br>1000 Lenzen Ave<br>San Jose, CA 95126 | | First Class Mail |
| *NOA - Counsel for Southern Glazer's Wine and Spirit, LLC | Jackson Walker LLP | Attn: Michael S Held<br>2323 Ross Ave, Ste 600<br>Dallas, TX 75201 | mheld@jw.com | Email |
| *NOA - Counsel for Fiesta Vineyard & Winery, LLC | Jackson Walker LLP | Attn: Beau H Butler<br>100 Congress, Ste 1100<br>Austin, TX 78701 | bbutler@jw.com | Email |
| *NOA - Counsel for Reyes Holdings, LLC | Jenner & Block LLP | Attn: Melissa M Root<br>353 N Clark ST<br>Chicago, IL 60654 | mroot@jenner.com | Email |
| *NOA - Counsel for Treasury Wine Estates Americas Company | Jones Day | Attn: Oliver S Zeltner<br>717 Texas, Ste 3300<br>Houston, TX 77002 | ozeltner@jonesday.com | Email |
| Bank Lenders | JPMorgan Chase Bank, N.A. | 270 Park Ave<br>New York, NY 10017 | | First Class Mail |
| *NOA - Counsel for First American Commercial Bancorp, Inc | Katten Muchin Rosenman LLP | Attn: William B Freeman<br>2121 Ave of the Stars, Ste 1100<br>Los Angeles, CA 90067-5010 | bill.freeman@katten.com | Email |
| *NOA - Counsel for First American Commercial Bancorp, Inc | Katten Muchin Rosenman LLP | Attn: Marc B Roitman<br>50 Rockefeller Plz<br>New York, NY 10020-1605 | marc.roitman@katten.com | Email |
| *NOA - Counsel for New BG Distribution Partners, LLC | Katten Muchin Rosenman LLP | Attn: Rachel Riley<br>2121 N Pearl St, Ste 1100<br>Dallas, TX 75201 | rachel.riley@katten.com | Email |
| *NOA - Counsel for New BG Distribution Partners, LLC | Katten Muchin Rosenman LLP | Attn: Steven J Reisman/Cindi M Giglio<br>Attn: Shaya Rochester<br>50 Rockefeller Plaza<br>New York, NY 10020-1605 | sreisman@katten.com;<br>cgiglio@katten.com;<br>srochester@katten.com | Email |
| *NOA - Counsel for First American Commercial Bancorp, Inc | Katten Muchin Rosenman LLP | Attn: Yelena Archiyan<br>2121 N Pearl St, Ste 1100<br>Dallas, TX 75201 | yelena.archiyan@katten.com | Email |
| *NOA - Counsel for Winery Exchange, Inc | Keller Benvenutti Kim LLP | Attn: Berry D Spears<br>101 Montgomery St, Ste 1950<br>San Francisco, CA 94104 | bspears@kbkllp.com | Email |
| *NOA - Ansira Partners II, LLC | King & Spalding LLP | Attn: Jordan W Leu<br>2601 Olive St, Ste 2300<br>Dallas, TX 75201 | jleu@kslaw.com | Email |
| Top 30 Largest | Kobrand-Spirits | Attn: Marcelo Aguero, CEO<br>1 Manhattanville Rd<br>Purchase, NY 10577-2128 | maguero@kobrand.com | Email |
| *NOA - Counsel for J Lohr Winery Corporation | Lathrop GPM LLP | Attn: Monique D Jewett-Brewster<br>70 S First St<br>San Jose, CA 95113 | mjb@lathropgpm.com | Email |
| *Counsel for J Lohr Vineyards & Wines (Official Committee of Unsecured Creditors Member) | Lathrop GPM LLP | Attn: Monique Jewett-Brewster<br>70 S First St<br>San Jose, CA 95113 | Monique.jewettbrewster@lathropgpm.com | Email |
| *NOA - Counsel for Gregg County; Tarrant County; Dallas County | Linebarger Goggan Blair & Sampson, LLP | 3500 Maple Ave, Ste 800<br>Dallas, TX 75219 | dallas.bankruptcy@lgbs.com | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Cypress-Fairbanks ISD | Linebarger Goggan Blair & Sampson, LLP | Po Box 3064<br>Houston, Tx 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| *NOA - Counsel for City of El Paso | Linebarger Goggan Blair & Sampson, LLP | 112 E Pecan St, Ste 2200<br>San Antonio TX 78205 | SanAntonio.Bankruptcy@lgbs.com | Email |
| *NOA - Counsel for MACH Flynt, Inc. | Liskow & Lewis | Attn: Carey L Menasco<br>701 Poydras St, Ste 5000<br>New Orleans, LA 70139 | clmenasco@liskow.com | Email |
| Top 30 Largest | Lone Star Wine & Spirits | Attn: Mike Morgan, President<br>12600 Hill Country Blvd, Ste R-275<br>Austin, TX 78738 | mmorgan@prestigebevgroup.com | Email |
| Top 30 Largest | Luxco Inc | Attn: Ryan Earey, VP Sales<br>5050 Kemper Ave<br>St Louis, MO 63139-1106 | r.earey@luxco.com | Email |
| Official Committee of Unsecured Creditors | Luxco, Inc | Attn: Ryan Earey, VP -Branded Spirits Sales<br>MGP Ingredients, Inc<br>540 Maryville Centre Dr, Ste 300<br>Saint Louis, MO 63141 | | First Class Mail |
| Top 30 Largest | Mark Cawthorn | Attn: Rick Klingbeil PC, Counsel<br>1826 NE Broadway<br>Portland, OR 97323 | rick@klingbeil-law.com | Email |
| *NOA - Counsel for Richard Diaz, Jr | Martin & Drought, PC | Attn: Michael G Colvard<br>Weston Centre<br>112 E Pecan St, Ste 1616<br>San Antonio, TX 78205 | mcolvard@mdtlaw.com | Email |
| *NOA - Counsel for AmTrust North America, Inc on behalf of Republic – Vanguard Insurance Company | Maurice Wutscher, LLP | Attn: Alan C Hochheiser<br>23611 Chagrin Blvd, Ste 207<br>Beachwood, OH 44122 | ahochheiser@mauricewutscher.com | Email |
| *NOA - Counsel for Jay Johnson, Daniel Zeigler, Mark Moser, and Leon Cikota | Mcafee & Taft A Professional Corporation | Attn: Ross A Plourde<br>8th Fl S, 2 Leadership Sq<br>211 N Robinson<br>Oklahoma City, OK 73102-7103 | ross.plourde@mcafeetaft.com | Email |
| *NOA - Counsel for Four Roses Distillery, LLC and E & J Gallo Winery | McCormick, Barstow, Sheppard, Wayte & Carruth LLP | Attn: Hagop T Bedoyan<br>7647 N Fresno St<br>Fresno, CA 93720 | hagop.bedoyan@mccormickbarstow.com | Email |
| *NOA - Counsel for The County of Comal, Texas; The County of Guadalupe, Texas; Central Appraisal District of Taylor County | McCreary, Veselka, Bragg & Allen, PC | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | jparsons@mvbalaw.com | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | McDermott Will & Schulte LLP | Attn: Bradley Thomas Giordano<br>444 W Lake St, Ste 4000<br>Chicago, IL 60606-0029 | bgiordano@mcdermottlaw.com | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | McDermott Will & Schulte LLP | Attn: Charles R Gibbs/Grayson Williams<br>845 Texas Ave, Ste 4000<br>Houston, TX 77002-1656 | crgibbs@mcdermottlaw.com;<br>gwilliams@mcdermottlaw.com | Email |
| *NOA - Counsel for Official Committee of Unsecured Creditors | McDermott Will & Schulte LLP | Attn: Darren Azman/Steven Szanzer<br>Attn: Ethan Dover<br>1 Vanderbilt Ave<br>New York, NY 10017-3852 | dazman@mcdermottlaw.com;<br>sszanzer@mcdermottlaw.com;<br>edover@mcdermott.com | Email |
| Top 30 Largest | Meridian Park South Building D, LLC | Attn: Michael Bains, Controller<br>1156 N Mountain Ave<br>Upland, CA 91786 | michael.bains@lewismc.com | Email |
| Official Committee of Unsecured Creditors | Meridian Park South Building D, LLC | Attn: David O Team, Managing Partner<br>1156 N Mountain Ave<br>Upland, CA 91786 | | First Class Mail |
| Top 30 Largest | Misa Imports | Attn: Cormac McCarthy, CEO<br>1502 Viceroy Dr<br>Dallas, TX 75235-2304 | cormac@misaimports.com | Email |
| Official Committee of Unsecured Creditors | Misa Imports, Inc | Attn: Cormac McCarthy, CEO<br>1502 Viceroy Dr<br>Dallas, TX 75235 | | First Class Mail |
| Top 30 Largest | Mpl Brands/Patco Brands | Attn: Michael Patane, Owner<br>71 Liberty Ship Way<br>Sausalito, CA 94965 | mpatane@mplbrands.com | Email |
| Second Lien Lenders | Name Redacted | Address Redacted | | First Class Mail |
| Second Lien Lenders | Name Redacted | Address Redacted | | First Class Mail |
| Second Lien Lenders | Name Redacted | Address Redacted | | First Class Mail |
| Second Lien Lenders | Name Redacted | Address Redacted | | First Class Mail |
| Second Lien Lenders | Name Redacted | Address Redacted | | First Class Mail |
| Second Lien Lenders | Name Redacted | Address Redacted | | First Class Mail |
| Second Lien Lenders | Name Redacted | Address Redacted | | First Class Mail |
| Holders of the Owner Notes | Name Redacted | Address Redacted | | First Class Mail |
| Holders of the Owner Notes | Name Redacted | Address Redacted | | First Class Mail |
| Holders of the Owner Notes | Name Redacted | Address Redacted | | First Class Mail |
| Holders of the Owner Notes | Name Redacted | Address Redacted | | First Class Mail |
| Holders of the Owner Notes | Name Redacted | Address Redacted | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108 | ago@state.ma.us | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Governmental Authority | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Governmental Authority | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Governmental Authority | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Governmental Authority | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Dan Rayfield<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Governmental Authority | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Derek Brown<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Pl, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Governmental Authority | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Governmental Authority | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Governmental Authority | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Governmental Authority | Office of the Attorney General | Attn: Nick Brown<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Governmental Authority | Office of the Attorney General | 1745 Innovation Dr<br>Carbondale, IL 62903 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Governmental Authority | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: James Uthmeier<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Jonathan Skrmetti<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Liz Murrill<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Lourdes Lynnette Gomez Torres<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Governmental Authority | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Raul Torrez<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Rembert Dennis<br>1000 Assembly St, Rm 519<br>Columbia, SC 29201 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Russell Coleman<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Attn: Ryan Schelhaas, Acting AG<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Governmental Authority | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| US Trustee | Office of the US Trustee For the Southern District of Texas | 515 Rusk St, Ste 3516<br>Houston, TX 77002 | | First Class Mail |
| *NOA - Counsel for Reyes Holdings, LLC | Okin Adams Bartlett Curry LLP | Attn: Matthew S Okin/Ryan A O'Connor<br>1113 Vine St, Ste 240<br>Houston, TX 77002 | mokin@okinadams.com;<br>roconnor@okinadams.com | Email |
| Top 30 Largest | Palm Bay | Attn: Marc Taub, President & CEO<br>International 48<br>Harbor Park Driveport<br>Washington, NY 11050 | marctaub@palmbay.com | Email |
| Top 30 Largest | Park Street Imports LLC | Attn: Anthony Narula, Counsel<br>7275 NW 1st Ct, Unit 104<br>Miami, FL 33150 | anthony@caldera.law | Email |
| Official Committee of Unsecured Creditors | Park Street Imports LLC | Attn: Chris Mehringer, Manager<br>1000 Brickell Ave, Ste 215<br>Miami, FL 33131 | | First Class Mail |
| *NOA - Counsel to Wells Fargo Bank, N.A., as Prepetition Agent and DIP Agent | Paul Hastings LLP | Attn: Charles Persons<br>2001 Ross Ave, Ste 2700<br>Dallas, TX 75201 | charlespersons@paulhastings.com | Email |
| *NOA - Counsel to Wells Fargo Bank, N.A., as Prepetition Agent and DIP Agent | Paul Hastings LLP | Attn: Geoffrey M King/Lindsey Henrikson<br>71 S Wacker Dr, Ste 4500<br>Chicago, IL 60606 | geoffking@paulhastings.com;<br>lindseyhenrikson@paulhastings.com | Email |
| *NOA - Counsel to Wells Fargo Bank, N.A., as Prepetition Agent and DIP Agent | Paul Hastings LLP | Attn: Justin Rawlins<br>1999 Ave of the Stars, 26th Fl<br>Century City, CA 90067 | justinrawlins@paulhastings.com | Email |
| Professionals | Paul Hastings LLP | Attn: Justin Rawlins/Dov Goodman<br>1999 Ave of the Stars<br>Century City, CA 90067 | justinrawlins@paulhastings.com;<br>dovgoodman@paulhastings.com | Email |
| *NOA - Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Andrea Wong/Melissa T Harris<br>Attn: Daniel Robertson<br>445 12th Street, SW<br>Washington, DC 20024 | Wong.Andrea@pbgc.gov;<br>harris.melissa@pbgc.gov;<br>Robertson.daniel@pbgc.gov;<br>efile@pbgc.gov | Email |
| Top 30 Largest | Pernod Ricard | Attn: Conor Mcquaid, CEO<br>100 Manhattanville Rd<br>Purchase, NY 10577 | conor.mcquaid@pernod-ricard.com | Email |
| Official Committee of Unsecured Creditors | Pernod Ricard USA, LLC | Attn: Brian Chevlin, SVP- General Counsel<br>250 Park Ave, 17th Fl<br>New York, NY 10177 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Share a Splash Wine Company, LLC | Pillsbury Winthrop Shaw Pittman LLP | Attn: Joshua Stenhjem<br>609 Main St, Ste 200<br>Houston, TX 77002 | joshua.stenhjem@pillsburylaw.com | Email |
| *NOA - Counsel for Share a Splash Wine Company, LLC | Pillsbury Winthrop Shaw Pittman LLP | Attn: Rahman Connelly<br>31 W 52nd St<br>New York, NY 10019 | rahman.connelly@pillsburylaw.com | Email |
| Bank Lenders | PNC Bank, National Association | 4720 Piedmont Town Ctr, Ste 200<br>Charlotte, NC 28210 | | First Class Mail |
| Top 30 Largest | Proximo Spirits | Attn: Juan Domingo Beckmann, Owner of Proximo Spirits & CEO of Becle<br>3 2nd St<br>Jersey City, NJ 07311 | jdbeckmann@cuervo.com.mx | Email |
| Official Committee of Unsecured Creditors | Proximo Spirits, Inc | Attn: Sofia Falzoni, Assistant General Counsel<br>3 2nd St, Ste 1101<br>Jersey City, NJ 07302 | | First Class Mail |
| *Counsel for The Edrington Group USA, LLC (Official Committee of Unsecured Creditors Member) | Reed Smith | Attn: Marsha A Houston/Christopher O Rivas<br>1901 Ave of the Stars, Ste 700<br>Los Angeles, CA 90067 | mhouston@reedsmith.com;<br>crivas@reedsmith.com | Email |
| *NOA - Counsel for The Edrington Group USA, LLC | Reed Smith LLP | Attn: Marsha A Houston/Christopher O Rivas<br>1901 Ave of the Stars, Ste 700<br>Los Angeles, CA 90067 | mhouston@reedsmith.com;<br>crivas@reedsmith.com | Email |
| *NOA - Counsel for The Edrington Group USA, LLC | Reed Smith LLP | Attn: Tristan Sierra<br>1221 McKinney St, Ste 2100<br>Houston, TX 77010 | tsierra@reedsmith.com | Email |
| *NOA - Counsel for Silver Creek Materials, Inc. | Reed Smith LLP | Attn: Dylan TF Ross<br>2850 N Harwood St, Ste 1500<br>Dallas, TX 75201 | dylan.ross@reedsmith.com | Email |
| Bank Lenders | Regions Bank | 155 N Wacker Dr, Ste 1760<br>Chicago, IL 60606 | | First Class Mail |
| Top 30 Largest | Reyes Holdings, LLC | Attn: Pete Swan, Controller<br>Attn: Brian D Nalley, General Counsel<br>6250 N River Rd<br>Rosemont, IL 60018 | pswan@reyesholdings.com;<br>bnalley@reyesholdings.com | Email |
| Top 30 Largest | Scind Saybrook Point, LLC | Attn: Eric Stanley, Managing Partner<br>11150 Santa Monica Blvd, Ste 700<br>Los Angeles, CA 90025 | info@staleypoint.com | Email |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| SEC | Securities & Exchange Commission | Ft Worth Regional Office<br>801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | First Class Mail |
| *NOA - Counsel for National Distributing Company, Inc., NDC Partners, LLC, NDC Leasing Company, LLC and Atlanta Wines International, Inc | Seward & Kissel LLP | Attn: John R Ashmead/Robert J Gayda<br>Attn: Thomas R Hooper/Kwame O Akuffo<br>1 Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com;<br>gayda@sewkis.com;<br>hooper@sewkis.com;<br>akuffo@sewkis.com | Email |
| *Counsel for Misa Imports, Inc (Official Committee of Unsecured Creditors Member) | Singer & Levick, PC | Attn: Michelle E Shriro<br>16200 Addison Rd, Ste 140<br>Addison, TX 75002 | mshriro@singerlevick.com | Email |
| *NOA - Counsel for Misa Imports Inc. | Singer & Levick, PC | Attn: Michelle E Shriro<br>16200 Addison Rd, Ste 140<br>Addison, TX 75001 | mshriro@singerlevick.com | Email |
| *NOA - Counsel for Remy Cointreau USA, Inc | Sterlington PLLC | Attn: Lawrence Waks<br>301 Brazos, #1307<br>Austin, TX 78701 | larry.waks@sterlingtonlaw.com | Email |
| Bank Lenders | TD Bank, N.A. | 2005 Market St<br>Philadelphia, PA 19103 | | First Class Mail |
| Governmental Authorities | Texas Commission On Environmental Quality | Attn: Cashiers Office, Mc 214<br>Tier I Program, Tceq<br>P.O. Box 13088<br>Austin, TX 78711-3088 | | First Class Mail |
| Official Committee of Unsecured Creditors | The Edrington Group USA, LLC | Attn: Sarah Wilhelm, Associate GC<br>18 W 24th St, 4th Fl<br>New York, NY 10010 | | First Class Mail |
| Bank Lenders | The Huntington National Bank | 2600 Jenny Wren Trl<br>Sun Prairie, WI 53590 | | First Class Mail |
| *NOA - Counse for Juan Garcia, Suzanne Garcia and Veronica Dove | The Probus Law Firm | Attn: Mathew B Probus<br>10497 Town and Country Way, Ste 930<br>Houston, TX 77024 | matthewprobus@theprobuslawfirm.com | Email |
| *Counsel for Luxco, Inc (Official Committee of Unsecured Creditors Member) | Thompson Coburn LLP | Attn: David D Farrell<br>1 US Bank Plz, Ste 2700<br>Saint Louis, MO 63101 | dfarrell@thoompsoncoburn.com | Email |
| Bank Lenders | Truist Bank | 3333 Peachtree Rd, 7th Fl<br>Atlanta, GA 30326 | | First Class Mail |
| Governmental Authority | TX Commission on Environmental Quality (TCEQ) | TCEQ Bankruptcy Program<br>P.O. Box 13087<br>Austin, TX 78711-3087 | PSTREG@tceq.texas.gov | Email |
| Governmental Authority | United States Attorney's Office for the Southern District of Texas | 1000 Louisiana, Ste 2300<br>Houston, TX 77002 | | First Class Mail |
| Top 30 Largest | Uslp Tracy Iv, LP | Attn: Cathy Conner, Sr Real Estate Mgr<br>601 S Figueroa St, 49th Fl<br>Los Angeles, CA 90017 | cathy.conner@cbre.com | Email |
| Top 30 Largest | Vineyard Brands | Attn: Patrick Bennett, President and CEO<br>Western Wine Svcs<br>875 Hanna Dr<br>American Canyon, CA 94503-9606 | pbennett@vineyardbrands.com | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Top 30 Largest | Vj Holdings LLC / Vj 5100 Franklin LLC | Attn: David Solomon, President<br>Real Estate & Alternative Investments<br>14402 Franklin Ave<br>Tustin, CA 92780 | davidsolomon@youngsholdings.com | Email |
| *NOA - Counsel for Star Leasing Company, LLC | Vorys, Sater, Seymour and Pease LLP | Attn: James T Barnish<br>909 Fannin St, Ste 2700<br>Houston, TX 77010 | jbarnish@vorys.com | Email |
| NOA - Counsel for Creditors | Waitz & Downer | Attn: Joseph L Waitz, III<br>423 Goode St<br>Houma, LA 70361 | | First Class Mail |
| *Counsel for Meridian Park South Building D, LLC (Official Committee of Unsecured Creditors Member) | Waypoint Property Group | Attn: Blair R Hoppe<br>680 Newport Center Dr, Ste 220<br>Newport Beach, CA 92660 | bhoppe@waypointpg.com | Email |
| Bank Agent | Wells Fargo Bank, NA | 420 Montgomery St<br>San Francisco, CA 94104 | | First Class Mail |
| Top 30 Largest | Wells Fargo Bank, NA, As Agent | Attn: John Williammee, Jr, Portfolio Mgr<br>1100 Abernathy Rd, Ste 1600<br>Atlanta, GA 30328 | john.williammee@wellsfargo.com | Email |
| Top 30 Largest | Young's Holdings, Inc | Attn: Cassie Kelle, VP of Real Estate<br>14402 Franklin Ave<br>Tustin, CA 92780 | cassiekelle@youngsholdings.com | Email |