**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, *et al.*,[1] | ) | Case No. 26-90737 (CML) |
| Debtors. | ) | (Jointly Administered) |

**DEBTORS' AGENDA OF MATTERS SET FOR HYBRID HEARING**
**ON SEPTEMBER 18, 2026, AT 11:00 A.M. (PREVAILING CENTRAL TIME)**

[Relates to Docket Nos. 18, 338, 380, 411, 413, 415, 424, 425]

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this *Agenda of Matters Set for Hybrid Hearing* on **September 18, 2026, at 11:00 a.m. (prevailing Central Time)** before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, Courtroom 402, 515 Rusk Street, Houston, Texas 77002 (the "Hearing").

**A. Matters Going Forward**

1. Debtors' Emergency Motion for Entry of an Order (I) Authorizing Entry Into and Performance Under the Asset Purchase Agreement, (II) Approving the Private Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (IV) Granting Related Relief [Docket No. 338] (the "Sale Motion")

   **Status:** Going forward. No formal objections to the Sale Motion have been filed. The revised proposed order is filed at Docket No. 411. The revised proposed order reflects comments from the Committee and is supported by the Lenders and the Committee (each as defined in the Sale Motion).

   **Responses Filed:** None

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/RNDC. The Debtors' service address in these chapter 11 cases is 4300 Wildwood Parkway, Suite 200, Atlanta, GA 30339.

**B. General Related Documents**

1. Declaration of John R. Castellano, Chief Restructuring Officer of Republic National Distributing Company, LLC and Its Debtor Affiliates, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 18]

2. Declaration of Ryan Murphy in Support of Debtors' Emergency Motion for Entry of an Order (I) Authorizing Entry Into and Performance Under the Asset Purchase Agreement, (II) Approving the Private Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (IV) Granting Related Relief [Docket No. 413]

3. Declaration of John R. Castellano in Support of Debtors' Emergency Motion for Entry of an Order (I) Authorizing Entry Into and Performance Under the Asset Purchase Agreement, (II) Approving the Private Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (IV) Granting Related Relief [Docket No. 424]

4. Notice of Filing of Revised Proposed Order (I) Authorizing Entry Into and Performance Under the Asset Purchase Agreement, (II) Approving the Private Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (IV) Granting Related Relief [Docket No. 411]

5. Debtors' Witness and Exhibit List for Hearing on September 18, 2026 [Docket No. 415]

6. Debtors' Supplemental Witness and Exhibit List for Hearing on September 18, 2026 [Docket No. 425]

Houston, Texas
Dated: September 17, 2026

*<u>/s/ John F. Higgins</u>*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Megan Young-John (TX Bar No. 24088700)
Joanna D. Caytas (TX Bar No. 24127230)
John ("Jack") Eiband (TX Bar No. 24135185)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 228-1331
Email: jhiggins@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com
jcaytas@porterhedges.com
jeiband@porterhedges.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Maddison Levine (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
christopher.marcus@kirkland.com
maddison.levine@kirkland.com

- and -

William E. Arnault, P.C. (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: warnault@kirkland.com
casey.mcgushin@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

**Certificate of Service**

I certify that on September 17, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas. Additionally, the foregoing document will be served as set forth in a forthcoming affidavit filed by the Debtors' claims and noticing agent.

*/s/ John F. Higgins*
John F. Higgins