**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>REPUBLIC NATIONAL DISTRIBUTING COMPANY, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90737 (CML)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SUPPLEMENTAL SERVICE**

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 2, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the methods set forth on the Service List attached hereto as **Exhibit A**:

- **Debtors' Motion for Entry of an Order (I) Authorizing Entry into and Performance Under the Asset Purchase Agreement, (II) Approving the Private Sale of Certain of the Debtors' Assets in Alaska and Washington Free and Clear of All Liens, Claims, Encumbrances, Rights, and Interests, (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto, and (IV) Granting Related Relief [Docket No. 524]**

Dated: October 8, 2026

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California }
{ } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 8th day of October, 2026, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2547598
My Comm. Expires Mar 11, 2030

[1]A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/RNDC. The Debtors' service address in these Chapter 11 Cases is P.O. Box 669246, Marietta, GA 30066.

# EXHIBIT A

**Exhibit A**

Service List

| Creditor | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Alaska Teamster-Employer Pension Plan | 520 E 34th Ave, Ste 107 | Anchorage, AK 99503 | | | First Class Mail |
| Alaska Teamsters Union | Teamsters Local 959 | 520 E 34th Ave, Ste 102 | Anchorage, AK 99503 | | First Class Mail |
| Coho Distributing LLC | Dba Columbia Distributing | 6840 N Cutter Cir | Portland, OR 97217 | | First Class Mail |
| Hartford Fire Insurance Company, As Agent | Alaska Teamster-Employer Pension Plan As Beneficiary | Hartford Plz | Hartford, CT 06115 | | First Class Mail |
| Republic National Distributing Company, LLC | | | | Randy.Waite@RNDC-USA.COM | Email |