Electronic Appearance Sheet

Mark S. Lichtenstein, Akerman LLP
Client(s): Proximo Spirits, Inc.

Taylor King, Akerman LLP
Client(s): Proximo Spirits, Inc.

Mark Lichtenstein, AKERMAN LLP
Client(s): Proximo Spirits, Imc.

Taylor King, Akerman LLP
Client(s): Proximo Spirits, Inc.

Steven Balasiano , Balasiano and Associates, PLLC
Client(s): Pernod Ricard USA

Steven Balasiano, Balasiano & Associates
Client(s): Pernod Ricard USA

Steven Szanzer, McDermott Will & Schulte LLP
Client(s): Official Committee of Unsecured Creditors of Republic National Distributing Company, LLC, et al.

Nina LaFleur, LaFleur Law Firm
Client(s): Sailbird Distilling Company

Nick Buchta, Jones Day
Client(s): Treasury Wine Estates Americas Company

Cale Carmichael, Craft Wine Distributors of Michigan
Client(s): Interested Party

Catherine  Curtis , Wick Phillips
Client(s): Rika Jacobs and Gordon Jacobs

Maxwell Hanamirian, Akerman LLP
Client(s): Proximo Spirits, Inc.

Philip Cantwell, Dowd Bennett LLP
Client(s): Anheuser Busch, LLC

Tye Hancock, Texas Attorney General
Client(s): Texas Alcoholic Beverage Commission

Carl Kunz, III, Morris James LLP
Client(s): The Winebow Group

Samantha  Rodriguez, Morris James LLP
Client(s): The Winebow Group

Judah Balasiano, Balasiano & Associates, PLLC
Client(s): Pernod USA LLC

Steven Balasiano, Balasiano & Associates, PLLC
Client(s): Pernod USA LLC

Shelley Mack , Labor Law PC
Client(s): Andrey Bakin

Charles Gibbs, McDermott Will & Schulte LLP
Client(s): Official Committee of Unsecured Creditors of Republic National Distributing Company, LLC, et al.

Gregg Galardi, McDermott Will & Schulte LLP
Client(s): Official Committee of Unsecured Creditors of Republic National Distributing Company, LLC, et al.

Mark Lichtenstein, Akerman LLP
Client(s): Proximo Spirits

Maxwell Hanamirian, Akerman LLP
Client(s): Proximo Spirits

Philip Cantwell, Dowd Bennett LLP
Client(s): Anheuser-Busch LLC and affiliates

Kelli S. Norfleet, Haynes and Boone, LLP
Client(s): KEG1 RIVER CITY, LCC

Alessandra Glorioso, Dorsey & Whitney LLP
Client(s): Sazerac Company, Inc.

Randall Hanson, The Law Office of Randall W. Hanson, P.A.
Client(s): Elizabeth Tringali

Samantha Rodriguez, Morris James LLP
Client(s): The Winebow Group

Daniel Robertson, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Andrea Wong, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Jacob Serouya, Balasiano & Associates, PLLC
Client(s): Pernod Ricard USA

Electronic Appearance Sheet

Jana Whitworth, Office of the United States Trustee
Client(s): U.S. Trustee

Melissa Harris, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Ameneh Bordi, Sidley Austin
Client(s): Columbia (Buyer of Alaska assets)

Will Dorward, Singer & Levick, P.C.
Client(s): MISA Imports